IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-13-19 |
| | § | |
| DAVID FLORES-ACEDO | § | |
| a/k/a David Flores | § | |
| a/k/a David Acedo Flores | § | |
| a/k/a David Flores Acedo | § | |
| a/k/a Alejandro Flores-Acedo | § | |

### ORDER OF DETENTION PENDING TRIAL

On September 6, 2013, at the Initial Appearance of Defendant, **David Flores-Acedo,** this Court considered the matter of his detention. Having considered the oral report of the Pretrial Services Officer recommending detention and confirmed that **Flores-Acedo** is presently in custody pursuant to an Order of Detention in Cause No. 1:13-cr-55; USA v. Garrett, et al., pending in the United States District Court for the Eastern District of Texas, Beaumont Division, the Court issues this Order of Detention.

Since **Flores-Acedo** presently has no legitimate claim to a liberty interest that would justify an immediate or meaningful detention determination under 18 U.S.C. § 3142(f), it is the **ORDER** of this Court that good cause exists to postpone the need for such a determination until such time as **Flores-Acedo** can maintain a legitimate liberty interest before this Court. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987), see also United States v. Coonan, 826 F.2d 1180, 1183 (2$^{d}$ Cir. 1987)   Accordingly, the Court finds that there is no need to make a final detention determination at this time.

It is, therefore, **ORDERED** that the Defendant, **David Flores-Acedo**, be, and is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the Defendant, **David Flores-Acedo**, **SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver **David Flores-Acedo** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Houston, Texas, this _____6th_____ day of September, 2013.

_____
John R. Froeschner
United States Magistrate Judge